■ In the Matter of VICTOR BROWN et al., Respondents, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— In a proceeding to review a determination of the State Rent Administrator, denying an application for a certificate of eviction of a tenant of a two-family house, in which the landlord occupies the other apartment, the State Rent Administrator appeals from an order annulling his determination and directing the issuance of the certificate. Order reversed, without costs, and determination of the State Rent Administrator reinstated and confirmed. The owner of a two-family house need not establish a compelling necessity if he seeks an apartment in good faith and for his own use (State Rent & Eviction Regulations, § 55, subd. 1). Where, however, an owner resides in one of the apartments, he may not, unless he establishes good faith and an immediate compelling necessity, cause the eviction of his tenant. (State Rent Administrator's Opinion No. 82, Oct. 30, 1951; *Matter of Pulgrano* v. *McGoldrick*, 280 App. Div. 953; *Matter of Schuschel* v. *McGoldrick*, 283 App. Div. 1085.) Mere inconvenience of the landlord, as shown herein, is not a ground for the granting of the application. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ In the Matter of KATHRYN F. FLANAGAN, Appellant, against ZONING BOARD OF APPEALS OF THE VILLAGE OF BAYVILLE et al., Respondents, and DOROTHY M. MORGENTHALER, Intervenor-Respondent.— Proceeding pursuant to article 78 of the Civil Practice Act to review a determination of the respondents, constituting the zoning board of appeals of the Village of Bayville, which revoked the denial by the village building inspector of the intervenor's application to erect a dwelling on her property, adjacent to property owned by appellant, and directed the issuance of the permit. The appeal is from an order dismissing the petition. Order unanimously affirmed, without costs (Village Law, § 179-b). Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.